An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KENT DAKOTA CONNELL,
                Appellant,
         vs.
THE STATE OF NEVADA,
                Respondent.

No. 67926

**FILED**

JUN 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion to suppress and an order suspending further proceedings pursuant to NRS 453.3363. Seventh Judicial District Court, Lincoln County; Gary Fairman, Judge. We previously entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that no statute or court rule allows a defendant to appeal from an order denying a pretrial motion to suppress evidence and the order suspending further proceedings is not appealable as a final judgment pursuant to NRS 177.015. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990).

In response, appellant's counsel has filed a notice of withdrawal of this appeal. We decline to dismiss this appeal based on the notice because it does not contain all information suggested by NRAP Form 8, and there is no indication that it was served on appellant. However, we note that counsel appears to concede in the notice that this court lacks jurisdiction over this appeal as counsel moves to withdraw this appeal "for lack of jurisdiction."

We conclude that we lack jurisdiction to consider this appeal because no statute or court rule allows appellant to appeal from the

15-18215

challenged orders. *See Castillo*, 106 Nev. at 352, 792 P.2d at 1135. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.          _____, J.
Gibbons                                            Pickering

cc:    Hon. Gary Fairman, District Judge
       Dylan V. Frehner
       Attorney General/Carson City
       Lincoln County District Attorney
       Lincoln County Clerk
       Kent Dakota Connell